**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7426**

———————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

ALVIN E. LOWERY, JR.,

                                    Defendant - Appellant.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, Senior District Judge. (CR-97-411-WMN, CA-00-2454-WMN)

———————

Submitted:  January 16, 2003        Decided:  January 23, 2003

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Alvin E. Lowery, Jr., Appellant Pro Se. Christine Manuelian, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alvin E. Lowery, Jr., seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Lowery has not made a substantial showing of the denial of a constitutional right. See United States v. Lowery, Nos. CR-97-411-WMN; CA-00-2454-WMN (D. Md. filed July 17, 2002; entered July 18, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2